IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ISADORE J. MRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV208 |
| | ) | |
| v. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | ORDER ON JOINT STIPULATION FOR |
| Individually and as Successor-in Interest to | ) | DISMISSAL WITHOUT PREJUDICE |
| the Burlington Northern and Santa Fe | ) | |
| Railway Company, Atchison Topeka and | ) | |
| Santa Fe Railway Company, Chicago, | ) | |
| Burlington and Quincy Railroad Company, | ) | |
| Burlington Northern Inc., and Burlington | ) | |
| Northern Railroad C, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that counsels' Joint Stipulation For Dismissal, ECF No. 11, is approved and this action is dismissed without prejudice to the filing of a future action.

Dated October 1, 2012.

BY THE COURT

*[signature: Warren K. Urbom]*

Warren K. Urbom
United States Senior District Judge